**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO.: 22-15507-SMG
CHAPTER  13

IN RE:

**LILLIAM PATINO**

                    Debtor.

_____/

**MOTION FOR RETROACTIVE RELIEF FROM AUTOMATIC STAY**
**AND FOR VALIDATION OF THE FORECLOSURE SALE**
**(REGARDING REAL PROPERTY)**

U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362 for the entry of an order retroactively annulling the automatic stay to validate the foreclosure sale held on July 19, 2022 at 10:00 am with respect to certain real property located at **340 NW 69th Terrace, Margate, Florida 33063**  (the "Property").  In further support of this Motion, Movant respectfully states:

1.      Movant has a secured interest in the Property by virtue of a Note and Mortgage.

2.       The loan is in default for the failure to make the payments due on June 1, 2019 and all subsequent payments.

3.      Movant filed a foreclosure action on or about August 19, 2020, in the Seventeenth Judicial Circuit in and for Broward County, Florida with Case Number CACE20013535 (the "Foreclosure Action") to foreclose on the Property.  A true and correct copy of the docket is attached hereto as Exhibit A.

4.      On April 27, 2021, Plaintiff obtained a Consent Final Judgment of Foreclosure in the amount of $404,461.97.  Defendants consented to the Final Judgment of Foreclosure in exchange for a 90-day sale date.  A true and correct copy of the Consent Final Judgment of Foreclosure is attached hereto as Exhibit B.

5.      The sale was subsequently scheduled for July 19, 2022 at 10:00 am and the Property sold to Plaintiff.

6.      On July 19, 2022, at 1:00pm the Debtor filed the instant Chapter 13 Petition and filed a Suggestion of Bankruptcy in the Foreclosure Action.

7.      As of August 1, 2022, the Debtor has failed to file the Original Petition; the Chapter 13 Plan; the Schedules of assets and liabilities; Statement of Financial Affairs; Chapter 13 Statement of Current Monthly Income; copies of Payment Advices; Declaration About an Individual Debtor's Schedules; and has failed to pay the filing fee.

8.      Movant is requesting that this Court grant retroactive relief from the stay and validate the foreclosure sale held on July 19, 2022 at 10:00 am.

9.      Bankruptcy courts may grant retroactive relief from the automatic stay in order to rehabilitate stay violations.  *See* 11 U.S.C. §362(d); *In re Albany Partners, Ltd.,* 749 F.2d 670, 675 (11th Cir. 1984); *In re Stockwell*, 262 B.R. 275, 280 (Bankr. D. Vt. 2001).

10.      The factors used by the court when determining whether to grant retroactive relief include:  (1) whether the creditor had actual or constructive knowledge of the bankruptcy filing, (2) whether the debtor acted in bad faith, (3) whether grounds would have existed for modification of the stay if a motion had been filed before the violation, (4) whether the denial of retroactive relief would result in unnecessary expense to the creditor, and (5) whether the creditor has detrimentally changed its position on the basis of the action taken. *In re Stockwell*, 262 B.R. 275, 280 (Bankr. D. Vt. 2001).

11.      In the instant case, while the Certificate of Sale has not been issued, the sale occurred prior to the Debtor filing the bankruptcy petition.

12.     The Movant would have been entitled to relief from the stay as the Debtor had two prior cases dismissed within the past twelve months as detailed below.  This is the Debtor's third bankruptcy case filed on the eve of foreclosure sales.

13.     Based on the agreement of the parties in the Consent Final Judgement of Foreclosure, the foreclosure was scheduled for July 27, 2021.  That sale was cancelled as a result of the Debtor filing under case number 21-17206 on July 26, 2021, which was dismissed on August 25, 2021.

14.     The sale was rescheduled for February 1, 2022.  The sale was cancelled as a result of the Debtor filing under case number 22-10745 on January 31, 2022; which was dismissed on February 22, 2022.

15.     Movant's security interest in the subject Property is being significantly jeopardized by the failure of the Borrower to make regular payments under the subject loan documents and failure to insure the subject Property while the Movant is prohibited from pursuing lawful remedies to protect such security interest.

16.     The Debtor is merely using this Chapter 13 case for the sole purpose of forestalling the collection efforts of creditors and not to legitimately pursue an individual reorganization.

17.     It is clear from the history of this Mortgage account that the Debtor either does not have the ability to make payments or does not intend to make payments to the Movant.

18.     The Movant respectfully suggests that the purpose of the Bankruptcy Code's good faith provision is to prevent the bankruptcy forum from becoming a revolving door for Debtors who, without any real ability or serious intention of abiding by the duties imposed by Title 11, seek only to delay just process.

19.     Any further delays would result in prejudice and unnecessary expense to Movant.

20.     Accordingly, Movant is entitled to retroactive relief and the foreclosure sale held on July 19, 2022 at 10:00 am should be validated.

WHEREFORE Movant respectfully requests that this Court grant its Motion for Retroactive Relief from the Automatic Stay and for Validation of the Foreclosure Sale.

Gilbert Garcia Group, P.A.
Attorney for Movant
2313 W. Violet Street
Tampa, Florida  33603
bankruptcy@gilbertgrouplaw.com
Telephone No.:  (813) 443-5087
Facsimile No.:  (813) 443-5089


By: /s/ Amy M. Kiser
AMY M KISER, ESQ.
Florida Bar# 46196

## <u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on August 1, 2022 by CM/ECF or by regular US mail to:

*Debtor*
**Lilliam Patino**
340 NW 69th Terrace
Margate, FL 33063


*Trustee*
**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355


*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

 

Gilbert Garcia Group, P.A.
Attorney for Movant
2313 W. Violet Street
Tampa, Florida  33603
bankruptcy@gilbertgrouplaw.com
Telephone No.:  (813) 443-5087
Facsimile No.:  (813) 443-5089


By:   /S/ Amy M. Kiser
AMY M KISER, ESQ.
Florida Bar# 46196

EXHIBIT A



**BRENDA D. FORMAN**
CLERK OF THE COURTS
browardclerk.org ■ BROWARD COUNTY, FLORIDA

Menu ≡

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

🖶 Print

## US Bank National Association Plaintiff vs. Lilliam Patino, et al Defendant

**Broward County Case Number:** CACE20013535
**State Reporting Number:** 062020CA013535AXXXCE
**Court Type:** Civil
**Case Type:** Real Prop Homestead Res Fore =/>$250,000
**Incident Date:** N/A
**Filing Date:** 08/19/2020
**Court Location:** Central Courthouse
**Case Status:** Reclosed Case
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 11 Gundersen, Andrea Ruth

### Party(ies)                                                    Total: 4

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **US Bank National Association** | | ★ Melanson, Kyle Robert Retained Bar ID: 1017909 Tromberg, Morris & Poulin, PLLC 1515 S Federal Highway Suite 100 Boca Raton, FL 33432-7404 **Status: Active** |
| | | | Malley, Adam, ESQ. Retained Bar ID: 69867 ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & 6409 Congress Ave., Suite 100 Boca Raton, FL 33487 **Status: Active** |
| | | | Zakarian, Albert Apgar Retained Bar ID: 395218 Troutman Pepper Hamilton Sanders LLP 600 Peachtree St NE Ste 3000 Atlanta, GA 30308 **Status: Active** |
| | | | Kiser, Amy M, ESQ. Retained Bar ID: 46196 Attn: Gilbert Garcia Group, P.A. 2313 W Violet ST Tampa, FL 33603 **Status: Active** |

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Patino, Lilliam** | | ★ Torrens, Aileen Retained Bar ID: 57704 Torrens Law Firm PLLC 8045 NW 155th Street Miami Lakes, FL 33016 **Status: Active** Botsford, Bruce C Retained Bar ID: 31127 Bruce Botsford, P.A. 1615 SW 2nd Avenue Fort Lauderdale, FL 33315 **Status: Active** |
| Defendant | **Patino, Anthony** | | ★ Torrens, Aileen Retained Bar ID: 57704 Torrens Law Firm PLLC 8045 NW 155th Street Miami Lakes, FL 33016 **Status: Active** |
| Defendant | **Citibank NA** *Formerly Known As* **CitiBank (South Dakota) NA** | | |

## − Disposition(s)

Total: 1

| Date | Statistical Closure(s) |
|---|---|
| 05/14/2021 | Disposed by Default |

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|
| 05/14/2021 | **Final Judgment of Foreclosure** Vol./Book 0 , Page 0, 4 pages Instrument Number 117275248 | 📄 | 4 |

## ─ Event(s) & Document(s)                                          Total: 75

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 07/20/2022 | **Bid Sheet** | | 📄 | 2 |
| 07/19/2022 | **Suggestion of Bankruptcy** | Case Number 22-15507-SMG<br>Party: *Defendant* Patino, Lilliam | 📄 | 1 |
| 07/18/2022 | **Assignment of Bid** | | 📄 | 1 |
| 07/15/2022 | **Notice of Hearing** | July 18, 2022 at 8:45 a.m. via Zoom | 📄 | 2 |
| 07/15/2022 | **Affidavit** | OF RYAN KUHLMAN | 📄 | 3 |
| 06/24/2022 | **Affidavit of Proof of Publication** | | 📄 | 2 |
| 06/24/2022 | **Response to Motion** | RESPONSE IN OPPOSITION TO DEFENDANT'S EMERGENCY MOTION TO CANCEL<br>Party: *Plaintiff* US Bank National Association | 📄 | 23 |
| 06/13/2022 | **Notice of Hearing** | | 📄 | 2 |
| 06/13/2022 | **Motion to Cancel & Reschedule Foreclosure Sale** | Party: *Defendant* Patino, Lilliam | 📄 | 24 |
| 06/10/2022 | **Notice of Sale - Issued by Attorney** | July 19, 2022 @ 10:00am<br>Party: *Plaintiff* US Bank National Association | 📄 | 2 |
| 05/25/2022 | **Affidavit of Proof of Publication** | | 📄 | 2 |
| 05/17/2022 | **Ord Canceling/Rescheduling Clerk's Fclsre Sale** | July 19, 2022 | 📄 | 2 |
| 05/10/2022 | **Notice of Sale - Issued by Attorney** | | 📄 | 2 |
| 05/05/2022 | **Order Rescheduling Foreclosure Sale** | 14th day of June, 2022 | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 04/08/2022 | **Response to Motion** | Motion to Strike to Plaintiff s Motion to Reschedule Foreclosure sale<br>Party: *Plaintiff* US Bank National Association | 📄 | 12 |
| 04/07/2022 | **Response** | TO/MOTION TO STRIKE PLAINTIFF'S MOTION TO RESCHEDULE FORECLOSURE SALE<br>Party: *Defendant* Patino, Lilliam | 📄 | 8 |
| 03/28/2022 | **Notice of Hearing** | | 📄 | 6 |
| 03/08/2022 | **Motion to Reschedule Foreclosure Sale** | Party: *Plaintiff* US Bank National Association | 📄 | 5 |
| 02/25/2022 | **Order Placing Case on Reopened Inactive Status** | | 📄 | 2 |
| 02/14/2022 | **Notice of Hearing** | | 📄 | 5 |
| 02/04/2022 | **Certificate of Sale & Proof of Publication Emailed** | | | |
| 02/04/2022 | **Certificate of Sale & Proof of Publication Mailed** | | | |
| 02/03/2022 | **Motion to Vacate** | FEBRUARY 1,2022 FORECLOSURE SALE<br>Party: *Plaintiff* US Bank National Association | 📄 | 5 |
| 02/02/2022 | **Certificate of Sale** | | 📄 | 1 |
| 02/02/2022 | **Bid Sheet** | | 📄 | 1 |
| 02/01/2022 | **Suggestion of Bankruptcy** | Case Number 22-10745-SMG<br>Party: *Defendant* Patino, Lilliam | 📄 | 3 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 01/21/2022 | **Assignment of Bid** | to: CVF III Mortgage Loan Trust II; whose address is, 440 South LaSalle Street, Ste. 2000,Chicago, L 60605. | 📄 | 1 |
| 01/05/2022 | **Affidavit of Proof of Publication** | | 📄 | 2 |
| 12/22/2021 | **Notice of Sale - Issued by Attorney** | | 📄 | 2 |
| 12/08/2021 | **Ord Setting/Resetting Foreclosure Sale** | February 1, 2022 | 📄 | 2 |
| 11/10/2021 | **Notice of Hearing** | | 📄 | 4 |
| 10/14/2021 | **Motion to Reset Sale Date** | Party: *Plaintiff* US Bank National Association | 📄 | 5 |
| 07/26/2021 | **Suggestion of Bankruptcy** | Case No 21-17206-SMG Party: *Defendant* Patino, Lilliam | 📄 | 1 |
| 07/20/2021 | **Affidavit of Proof of Publication** | | 📄 | 2 |
| 07/16/2021 | **Assignment of Bid** | Party: *Plaintiff* US Bank National Association | 📄 | 1 |
| 06/11/2021 | **Notice of Sale - Issued by Attorney** | | 📄 | 2 |
| 05/28/2021 | **Final Disposition Form** | | 📄 | 1 |
| 05/14/2021 | **Final Disposition Form** | | 📄 | 1 |
| 04/20/2021 | **Comment:** | file created and Original Loan documents placed in the file | | |
| 04/16/2021 | **Exhibit List** | SECOND NOTICE OF FILING Party: *Plaintiff* US Bank National Association | 🔒 | 9 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 04/15/2021 | **Not of Filing Original Note & Mortgage** | 3. Original HAMP Modification, 5-01-10 4. Original Loan Modification, 2-01-18 5. Original Amended an Restated Note, 2-01-18 6. Original Bailee Letter, 4-20-20 7. Original Certificate ofNote Possessio , 4-23-20 Party: *Plaintiff* US Bank National Association | 📄 | 67 |
| 04/14/2021 | **Notice** | 4-27-21 9:00 a.m. / OF NON-JURY ZOOM TRIAL INFORMATION Party: *Plaintiff* US Bank National Association | 📄 | 5 |
| 04/14/2021 | **Amended Witness List** | AND EXHIBIT LIST Party: *Plaintiff* US Bank National Association | 📄 | 3 |
| 04/14/2021 | **Notice of Filing** | TRIAL EXHIBITS Party: *Plaintiff* US Bank National Association | 📄 | 174 |
| 03/31/2021 | **Order for Substitution of Counsel** | U.S. Bank Trust National Association | 📄 | 2 |
| 03/25/2021 | **Notice of Appearance** | Party: *Plaintiff* US Bank National Association | 📄 | 2 |
| 03/25/2021 | **Motion for Substitution of Counsel** | Party: *Plaintiff* US Bank National Association | 📄 | 3 |
| 03/16/2021 | **Witness & Exhibit List** | | 📄 | 6 |
| 02/15/2021 | **Notice of Firm Name Change** | Party: *Plaintiff* US Bank National Association | 📄 | 2 |
| 12/14/2020 | **Order Setting** | non jt | 📄 | 3 |
| 12/10/2020 | **Notice of Readiness for Trial** | | 📄 | 3 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 11/18/2020 | **Order Extending Time** | | 📄 | 1 |
| 11/05/2020 | **Notice of Hearing** | | 📄 | 4 |
| 10/23/2020 | **Notice of Cancellation** | | 📄 | 3 |
| 10/12/2020 | **Notice of Hearing** | | 📄 | 4 |
| 09/29/2020 | **Notice of Appearance** | FBN# 57704<br>Party: *Defendant* Patino, Anthony *Defendant* Patino, Lilliam | 📄 | 1 |
| 09/29/2020 | **Motion for Extension of Time** | | 📄 | 2 |
| 09/25/2020 | **Motion for Default** | Party: *Plaintiff* US Bank National Association | 📄 | 1 |
| 09/25/2020 | **Default** | against Defendants LILLIAM PATINO; ANTHONY PATINO; CITIBANK, N.A. F/K/A CITIBANK (SOUTH DAKOTA), N.A | 📄 | 5 |
| 09/25/2020 | **Non-Military Affidavit** | | 📄 | 5 |
| 09/25/2020 | **Notice of Dropping Parties- Generic** | UNKNOWN SPOUSE OF LILLIAM PATINO i | 📄 | 3 |
| 09/15/2020 | **Summons Returned Served** | ON DATE/TIME: 9/2/2020 7:15 AM<br>Party: *Defendant* Patino, Anthony | 📄 | 3 |
| 09/03/2020 | **Summons Returned Served** | TO BE SERVED: CITIBANK. N.A. F/IUA CITIBANK (SOUTH DAKOTA), N.A, on 08/24/2020 | 📄 | 3 |
| 09/03/2020 | **Summons Returned Served** | 8/25/2020<br>Party: *Defendant* Patino, Lilliam | 📄 | 3 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 09/03/2020 | **Summons Returned Unserved** | UNKNOWN SPOUSE OF LILLIAM PATINO, on 08/25/2020 | 📄 | 3 |
| 08/19/2020 | **Civil Cover Sheet** | Amount: $380,269.00 | 📄 | 3 |
| 08/19/2020 | **Value Claim Form** | | 📄 | 1 |
| 08/19/2020 | **Notice of Lis Pendens** | | 📄 | 2 |
| 08/19/2020 | **Certificate** | Certification of Possession | 📄 | 11 |
| 08/19/2020 | **Complaint (eFiled)** | Verified/For Foreclosure of Mortgage Party: *Plaintiff* US Bank National Association | 📄 | 52 |
| 08/19/2020 | **eSummons Issuance** | To Anthony Patino | 📄 | 2 |
| 08/19/2020 | **eSummons Issuance** | To Citibank NA | 📄 | 2 |
| 08/19/2020 | **eSummons Issuance** | To Lilliam Patino | 📄 | 2 |
| 08/19/2020 | **eSummons Issuance** | To Unknown Spouse of Lilliam Patino | 📄 | 2 |
| 08/19/2020 | **Search for prior case performed per 2020-4-Civ-UFC-CO** | NONE | 📄 | 1 |

## − Hearing(s)    Total: 4

| Date | Description | Additional Text |
|------|-------------|-----------------|
| 07/19/2022 | **Foreclosure Sale** | Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |
| 06/14/2022 | **Foreclosure Sale** | *CANCELED  Per Order*<br>Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |

| Date | Description | Additional Text |
|---|---|---|
| 02/01/2022 | **Foreclosure Sale** | Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |
| 07/27/2021 | **Foreclosure Sale** | *CANCELED  Suggestion of Bankruptcy*<br>Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |

| − Related Case(s) | Total: 0 |
|---|---|

There is no related case information available for this case.

# Brenda D. Forman

## Clerk of Court

Broward County
17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK)                    ›

 (https://www.facebook.com/browardclerkofcourts/)

# Connect with Us

COURTHOUSE LOCATIONS (/ABOUTUS/HOURSANDLOCATIONS#COURTHOUSELOCATIONS)          ›

CONTACT US (/ABOUTUS/ABOUTTHEOFFICE#CONTACTUS)                                  ›

DISCLAIMER AGREEMENT (/GENERALINFORMATION/MISCELLANEOUS#DISCLAIMERAGREEMENT)    ›

CLERK DIRECTORY (/ABOUTUS/HOURSANDLOCATIONS#CLERKDIRECTORY)                     ›

TELL US WHAT YOU THINK (/MISCELLANEOUS/CLERKSURVEYS)                            ›

# Accessibility & Support                                                       ^

ADA NOTICE (/GENERALINFORMATION/MISCELLANEOUS#ADA)                             ♿

PRINT 🖶

FREQUENTLY ASKED QUESTIONS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/FREQUENTQUESTIONS/)

GLOSSARY OF TERMS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/GLOSSARY/) »

## Main Courthouse Location

201 SE 6th Street

Fort Lauderdale
Florida, US 33301
Phone: (954) 831-6565

PUBLIC RECORDS CUSTODIAN (/GENERALINFORMATION/MISCELLANEOUS#PUBLICRECORDSCUSTODIAN) ›
*PURSUANT TO 119.12(2), F.S.*

PUBLIC ACCESS TO JUDICIAL RECORDS (/GENERALINFORMATION/MISCELLANEOUS#JUDICIALRECORDRULE) ›
*PURSUANT TO RULE 2.420*

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public
records request, do not send electronic mail to this entity.
Instead, contact this office by phone or in writing.
© 2022 - All rights reserved

∧

EXHIBIT B

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 5/14/2021 2:27:13 PM.****

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION

U.S. BANK TRUST NATIONAL ASSOCIATION,              CASE NO. CACE-20-013535
AS TRUSTEE FOR CVF III MORTGAGE LOAN
TRUST II

       Plaintiff,                                                  Division No.

vs.

LILLIAN PATINO; ANTHONY PATINO; and
CITIBANK, N.A. f/k/a CITIBANK (SOUTH
DAKOTA), N.A.;

       Defendants/

RECEIVED
MAY 14 2021
By _____

## CONSENT FINAL JUDGMENT OF FORECLOSURE

     **THIS ACTION** was heard before the Court April 27, 2021, via Zoom, in a Non-Jury Trial.  Plaintiff

appeared through counsel and its witness Michael Paterno and Michael Spoliansky, Esq. appeared for Defendant

Patino.  Defendant Patino consented to a Final Judgment of Foreclosure in exchange for a 90-day sale date.

Therefore, on the evidence presented

**IT IS ADJUDGED** that:

     THIS CAUSE having come for Final Judgment on Plaintiff, U.S. BANK TRUST NATIONAL

ASSOCIATION, AS TRUSTEE FOR CVF III MORTGAGE LOAN TRUST II's Complaint at trial held

4/27/2021 and the court having reviewed the file and having considered the testimony and evidence offered in

support thereof, and the Court being fully advised in the Premises, it is thereupon consideration, **IT IS ORDERED**

**AND ADJUDGED** that Plaintiff's Final Judgment is **GRANTED** against all Defendants listed by LILLIAN

PATINO; ANTHONY PATINO;  and CITIBANK, N.A. f/k/a CITIBANK (SOUTH DAKOTA), N.A .

1.     **Amounts Due and Owing.**   Plaintiff, U.S. BANK TRUST NATIONAL ASSOCIATION, AS

TRUSTEE FOR CVF III MORTGAGE LOAN TRUST II, 440 SOUTH LASALLE STREET, STE. 2000

CHICAGO, IL 60605 is due:

| | |
|---|---:|
| Principal due on the note secured by the mortgage foreclosed: | $366,992.67 |
| Accrued Interest from 05/01/19 to 04/27/21 | $30,067.15 |
| Interest Per Diem at $41.36 | |
| Late Charges | $352.96 |
| **Attorneys' Fees** | |
| Attorneys' Flat Rate Total: $4,392.50 | $4,392.50 |

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 5/14/2021 2:27:13 PM.****

*(The requested attorney's fee is a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of the fee requested and the labor expended, the Court finds that the lodestar analysis is not necessary and that the flat fee is reasonable)

**Court Costs, Now Taxed:**

| | |
|---|---:|
| **Subtotal** | **$401,805.28** |

**Additional Costs**

| | |
|---|---:|
| Property Inspections/Preservation | $253.75 |
| Escrow Advance | $2,488.85 |
| **Subtotal** | **$2,742.60** |
| Suspense Balance | - $85.91 |
| **Total Due** | **$404,461.97** |

That shall bear interest at a rate of 4.81% per year.

2.    **Lien on Property.**    Plaintiff holds a lien for the total sum superior to all claims or estates of defendant(s), on the following described property in Broward County, Florida:

> **LOT 26, BLOCK N, ORIOLE-MARGATE SECTION 3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 74, PAGE 45 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**
> **Property Address: 340 Nw 69th Terr, Margate, Florida 33063**

3.    **Sale of Property.**    If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the Clerk of this court shall sell the property at public sale on **JULY 27, 2021**, at 10:00 AM, to the highest bidder for cash, except as prescribed in paragraph 4, at the courthouse located at 201 S.E. 6th Street,  in Broward County in Fort Lauderdale, Florida, in accordance with Section 45.031, Florida Statutes (2013), using the following method:

**By electronic sale beginning at 10:00 AM on the prescribed date at www.broward.realforeclose.com, the Clerk's website for on-line auctions.**

4.    **Costs.**    Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title.  If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

5.    **Distribution of Proceeds.**    On filing the Certificate of Title the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorney's fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in Paragraph 1 from this date to the date of the sale; and by retaining any remaining amount  pending the further order of this court.

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 5/14/2021 2:27:13 PM.****

6.    **Right of Possession.**    On filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and defendant's right of redemption as prescribed by section 45.0315, Florida Statutes (2013) shall be terminated, except as to claims or rights under Chapter 718 or Chapter 720, Florida Statutes, if any.  Upon the filing of the Certificate of Title, the person named on the certificate of title shall be let into possession of the property.

7.    **Attorneys' Fees**    The requested attorneys' fees are a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of the fee requested and the labor expended, the court finds that a lodestar analysis is not necessary and that the flat fee is reasonable.

8.    The Plaintiff may assign the judgment, cause of action and credit bid to any third party by the filing of an Assignment without further order of the court.

9.    **Jurisdiction.**    Jurisdiction of this action is retained to enter further orders, as are proper, including, without limitation, writs of possession and deficiency judgments.  In addition, this court retains jurisdiction to enter any required supplemental complaint(s) such as a reforeclosure to add a necessary and/or omitted party without the necessity of filing a separate action.

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT**.

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE.  IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF.  YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CONTACT THE CLERK OF THE COURT, 201 S.E. 6TH STREET, FORT LAUDERDALE, FL (TELEPHONE: (954) 831-6565) WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, 609 SW FIRST AVENUE, FORT LAUDERDALE, FL, 954-765-8950 TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES.  IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS.  IF YOU CHOOSE TO CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, 609 SW FIRST AVENUE, FORT LAUDERDALE, FL, 954-765-8950, FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

DONE AND ORDERED at Broward County, Florida, this _14_ day of _MAY_, 2021.

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 5/14/2021 2:27:13 PM.****

HONORABLE BARRY STONE
CIRCUIT COURT JUDGE

Copies furnished:
GILBERT GARCIA GROUP, P.A.
2313 W. VIOLET ST.
TAMPA, FL 33603
EMAILSERVICE@GILBERTGROUPLAW.COM

ANTHONY PATINO
3400 SPRINGDALE BLVD APT 202
PALM SPRINGS, FL  33461

CITIBANK, N.A. F/K/A CITIBANK (SOUTH DAKOTA), N.A.
C/O PRESIDENT, VICE PRESIDENT, OR ANY OTHER OFFICER AUTHORIZED TO ACCEPT SERVICE
5800 CORPORATE PLACE
SIOX FALLS, SD  57108

AILEEN TORRENS FOR LILLIAN PATINO
8045 NW 15 5ST
MIAMI LAKES, FL 33016
AILEEN@TORRENSLAW.COM; LINET@TORRENSLAW.COM

630282.28402/