

**ORDERED in the Southern District of Florida on August 22, 2022.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

CASE NO.: 22-15507-SMG
CHAPTER 13

IN RE:

**LILLIAM PATINO**

        Debtor.
_____/

**ORDER GRANTING MOTION FOR RETROACTIVE RELIEF FROM AUTOMATIC STAY AND FOR VALIDATION OF THE FORECLOSURE SALE FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVF III MORTGAGE LOAN TRUST II**

THIS CAUSE came on for consideration on August 17, 2022 at 10:00am upon the Motion for Retroactive Relief from Automatic Stay and for Validation of the Foreclosure Sale (Doc. No. 14) filed by U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II. Accordingly, for the reasons stated in open court it is:

**ORDERED** as follows:

1.     Movant's Motion for Relief from Stay (Doc. No. 14) is granted.

2. Movant is granted retroactive relief from the stay and the foreclosure sale held in the Seventeenth Judicial Circuit in and for Broward County, Florida with Case Number CACE20013535 on July 19, 2022 at 10:00am is hereby validated

3. To the extent that Movant's Motion for Relief from Stay seeks adequate protection, Movant's Motion is denied as moot.

4. The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated retroactively to July 19, 2022 to permit Movant to commence, or recommence as the case may be, prosecute, and complete through final judgment, sale and issuance of a Writ of Possession and Certificate of Title a mortgage foreclosure action in state court with respect to the following Real Property

**LOT 26, BLOCK N, ORIOLE-MARGATE SECTION 3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 74, PAGE 45 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

5. The relief granted here permits the Movant to seek and obtain *in rem* relief against the Real Property only and does not permit the Movant to seek or obtain *in personam* relief against the Debtor(s).

###

**Prepared and Submitted By:**
Amy M. Kiser, Esq.
Florida Bar# 46196
Gilbert Garcia Group, P.A.
2313 W. Violet St.
Tampa, FL 333603
bankruptcy@gilbertgrouplaw.com
(813) 443-5087

Amy M. Kiser, Esq., is directed to serve copies of this Order on the parties listed and file a Certificate of Service with this Court